IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

vs.

JACKIE ELVINE aka
JACKIE YOUNG

DEFENDANT

CRIMINAL NO. 5:14-CR-3(MTT)

VIOLATIONS:

18 U.S.C. 1347
18 U.S.C. 2
26 U.S.C. 7602(2)
18 U.S.C. 287

Filed at 3:42 PM 1.17, 20 14
Deputy Clerk, U.S. District Court
Middle District of Georgia

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
HEALTH CARE FRAUD
18 U.S.C. 1347

1. At all times material to this Information, the DEFENDANT, **JACKIE ELVINE AKA JACKIE YOUNG,** was employed by National Reimbursement Group (NRG) as the Quality Assurance Manager.

2. NRG is a national billing service located within the Middle District of Georgia, which provides healthcare billing services for ambulance companies.

3.      As part of her duties as a manager for NRG, the Defendant processed payments mailed to NRG from insurance companies into the NRG accounting system and forwarded the checks to the bank account of the health care provider.

4.      Beginning on or about September 1, 2008 and continuing to on or about October 31, 2010, Defendant, **JACKIE ELVINE AKA JACKIE YOUNG,** in the Middle District of Georgia, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud a health care benefit program in connection with the payment for health care benefits and services:

5.      As part of the scheme and artifice to defraud, the Defendant diverted fifty-seven (57) checks which had been issued from private health insurance companies payable to healthcare providers for legitimate services which had been provided, and appropriated the monies to her own personal use. The Defendant then made false entries in the accounting system to offset the amount of the appropriated funds, creating the false representation that the accounts were in balance.

6.      Defendant then forged the payees' endorsement on the checks and then deposited the insurance checks in the total amount of $43,137.50 into

her SunTrust Bank account in the name of Young's Financial Billing Service.

All in violation of Title 18, United States Code, Section 1347.

## COUNT TWO
## HEALTH CARE FRAUD
## 18 U.S.C. 1347

7. The allegations of paragraphs 1-6 are re-alleged and incorporated by reference.

8. At all times material to this Count, Mecklenburg Emergency Medical Services Agency (MEDIC) provided ambulance services in and around Charlotte, North Carolina. NRG provided billing and collection services on behalf of MEDIC.

9. The Defendant, **JACKIE ELVINE, AKA JACKIE YOUNG,** as part of her duties and responsibilities for NRG, would identify individual health care patients of MEDIC who were entitled to refund checks due to overpayment by the individual patients or their insurance providers. As the account manager for the MEDIC account, Defendant would direct MEDIC to issue refund checks to individual patient beneficiaries.

10. Beginning on or about October 31, 2008, and continuing through on or about December 3, 2010, Defendant, **JACKIE ELVINE AKA JACKIE YOUNG,** in the Middle District of Georgia, and elsewhere, did knowingly

and willfully execute and attempt to execute a scheme and artifice to defraud a health care benefit program in connection with the payment for health care benefits and services.

11. As part of the scheme and artifice to defraud, Defendant used her position with NRG as the manager of the MEDIC account and fraudulently created eighty-five (85) false refund checks in the total amount of $75,309.34, payable to various individuals in the Charlotte, North Carolina area, who were not entitled to the MEDIC refunds. Defendant would alter actual NRG invoices, falsely representing to MEDIC that the individuals were entitled to receive a refund. The Defendant would then fraudulently cause MEDIC to issue bogus checks to these individuals. The Defendant, aided and abetted by another, thereafter obtained and diverted the bogus checks and appropriated the funds to her own use; the Defendant caused proceeds of the fraudulent refunds to be deposited or transferred into Defendant's SunTrust Bank account in the name of Young's Financial Billing Service.

All in violation of Title 18, United States Code, Section 1347.

## COUNT THREE
## HEALTH CARE FRAUD
## 18 U.S.C. 1347

12. The allegations of paragraphs 1-11 are hereby re-alleged and incorporated by reference.

13. At all times material to this Count, American Family Life Assurance Company (AFLAC) provides supplemental health care insurance coverage to individuals.

14. While employed with NRG, Defendant **JACKIE ELVINE AKA JACKIE YOUNG** enrolled in a supplemental healthcare insurance plan with AFLAC in her own name and knew that many of her co-workers were also enrolled.

15. Beginning in May, 2007, and continuing through 2010, Defendant **JACKIE ELVINE AKA JACKIE YOUNG**, in the Middle District of Georgia and elsewhere, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud AFLAC, a health care benefit program, in connection with the payment for health care benefits and services.

16. As part of the scheme to defraud, Defendant would alter the medical records of others, and cause the records to fraudulently claim that she, the Defendant, had personally suffered various injuries and illnesses. Defendant

would then attach these falsified documents to claims which were submitted to AFLAC in her own name, using the falsified documents to claim false ambulance transports, hospitalizations, and physician appointments which were not her own.

17. As part of the scheme to defraud, Defendant submitted fifteen (15) fraudulent claims in her own name to AFLAC. Based on the fraudulent misrepresentations of Defendant, AFLAC paid to Defendant $28,507.50 in claims to which she was not entitled.

18. It was also part of the scheme to defraud that Defendant aided and abetted others, including co-workers, in filing false and fraudulent claims to AFLAC. Defendant provided her co-workers with falsified medical records and showed them how to file the false claims. Based on these fraudulent claims, AFLAC paid $119,483.56 to the co-workers of Defendant.

All in violation of Title 18, United States Code, Sections 1347 and 2.

## COUNT FOUR
## AIDING AND ASSISTING IN THE PREPARATION OF A FALSE TAX RETURN
## 26 U.S.C. 7206(2)

19. On or about February 19, 2009, in the Middle District of Georgia, and elsewhere, the Defendant, **JACKIE ELVINE AKA JACKIE YOUNG**, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual

Income Tax Return, Form 1040, of J.S. for the calendar year 2008. The return was false and fraudulent as to material matters, in that:

a) it represented that taxpayer J.S. was entitled to claim a First Time Homebuyer Credit in the amount of $7,500.00 when, in fact, J.S. had not acquired a home and was not eligible to receive a credit as a First Time Homebuyer;

b) it represented that taxpayer J.S. was eligible to receive a deduction of $4,000.00 for tuition and fees for a dependent, when in fact, J.S. had no such dependent and had not incurred any expenses for tuition and fees for any dependent;

c) it represented that taxpayer J.S. was entitled to an exemption and an Earned Income Credit for a dependent, J.A., when in fact, taxpayer J.S. had no such dependent J.A. and was not entitled to an exemption for J.A. and was not entitled to an Earned Income Credit for J.A.

In violation of Title 26, United States Code, Section 7206(2).

### COUNT FIVE
### FALSE CLAIMS AGAINST THE GOVERNMENT
### (18.S.C. 287)

On or about April 29, 2009, in the Macon Division of the Middle District of Georgia, and elsewhere, the Defendant, **JACKIE ELVINE AKA JACKIE YOUNG**, made and presented, and caused to be made and presented, to the

Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $7,315.00, which she knew to be false, fictitious, and fraudulent. Defendant **JACKIE ELVINE AKA JACKIE YOUNG** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2008, in the name of M.S.H., whose true identity is known to the United States Attorney, knowing that the claim was false, fictitious, and fraudulent, in the following manner: the return falsely claimed a First Time Homebuyer Credit, in the amount of $6,800.00, claiming that M.S.H. had acquired a home in Jeffersonville, Georgia on November 8, 2008, when in fact, M.S.H. had not acquired any such home in 2008 and was not eligible for a First Time Homebuyer Credit;

All in violation of 18 United States Code, Section 287.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

GRAHAM A. THORPE
ASSISTANT UNITED STATES ATTORNEY